UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
In re                                                                    Chapter 7

         TAL ZVI NATHANEL                            Case No: 23-43839-nhl

                                    Debtor
-------------------------------------------------X

## SUBSTITUTION OF ATTORNEY

IT IS HEREBY STIPULATED AND AGREED that as of the date below, **Lorna J. LaMotte, Esq.**, of the Law Offices of Lorna J LaMotte PLLC, 1120 Avenue of the Americas, Suite 4034 New York, New York 10036, be substituted as counsel of record for **TAL ZVI NATHANEL**, debtor herein, in place of **Rachel S. Blumenfeld, Esq.** of the Law Offices of Rachel S. Blumenfeld, PLLC of 26 Court Street, Suite 2220, Brooklyn, New York 11242

IT IS FURTHER STIPULATED AND AGREED THAT all notices, electronic or otherwise, which would previously have been sent to the Law Offices of Rachel S. Blumenfeld, PLLC shall henceforth be addressed to **Lorna J LaMotte, Esq.** and that said attorney has been informed of all matters pending in the above referenced case.

Dated: Brooklyn, New YorkDated: New York, New York
       November 22, 2023       November 27, 2023

/s/ Rachel S. Blumenfeld
_____
RACHEL S. BLUMENFELD, ESQ.LORNA J. LA MOTTE, Esq,
Law Offices of Rachel S. Blumenfeld, PLLCThe Law Offices of Lorna J. LaMotte, PLLC
26 Court Street, Suite 22201120 Avenue of Americas, Suite 4034
Brooklyn, New York 11242New York, New York 100036
Phone: (718) 858-9600(212) 430-6516


Dated: New York, New York
       November 27, 2023

_____
TAL ZVI NATHANEL, Debtor