UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X---

In re                                                            Chapter 7

        TAL ZVI NATHANEL                        Case No:  23-43839-nhl


                            Debtor
------------------------------------------   X


## SUBSTITUTION OF  ATTORNEY


IT IS HEREBY STIPULATED AND AGREED that as of the date below, **Lorna J. LaMotte, Esq**., of the Law

Offices of Lorna J LaMotte PLLC, 1120 Avenue of the Americas, Suite 4034 New York, New York 10036, be

substituted as counsel of record for **TAL ZVI NATHANEL**, debtor herein, in place of **Rachel S. Blumenfeld, Esq**. of

the Law Offices of Rachel S. Blumenfeld, PLLC of 26 Court Street, Suite 2220, Brooklyn, New York 11242

IT IS FURTHER STIPULATED AND AGREED THAT all notices, electronic or otherwise, which would

previously have been sent to the Law Offices of Rachel S. Blumenfeld, PLLC shall henceforth be

addressed to **Lorna J LaMotte, Esq.**  and that said attorney has been informed of all matters pending in the above

referenced case.


Dated: Brooklyn, New York                      Dated: New York, New York
         November 27, 2023                                November 27, 2023

/s/ Rachel S. Blumenfeld_____       /s/ Lorna J. LaMotte_____
RACHEL S. BLUMENFELD, ESQ.                     LORNA J. LA MOTTE, Esq,
Law Offices of Rachel S. Blumenfeld, PLLC      The Law Offices of Lorna J. LaMotte, PLLC
26 Court Street, Suite 2220                     1120 Avenue of Americas, Suite 4034
Brooklyn, New York 11242                        New York , New York 100036
Phone: (718) 858-9600                           (212) 430-6516

Dated : New York, New York
          November 27, 2023


 /s/ Tal Zvi Nathanel
TAL ZVI NATHANEL, Debtor